# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TONY THEDFORD | CIVIL ACTION NO. 19-1120 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Commissioner's decision is hereby **REVERSED AND REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of August, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT